```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**KENNEDY MINNIFIELD,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 07-00762-WS-B

**CIRCUIT COURT OF JEFFERSON** :
**OF COUNTY,** *et al.*,
                                                                                                   :

    **Defendants.**

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that it is **ORDERED** that the federal claims be and are hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    **DONE** this 21st day of September, 2009.

                                                **s/WILLIAM H. STEELE**
                                                **UNITED STATES DISTRICT JUDGE**